FILED
2022 Jun-08 PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **IRONDALE WAREHOUSE, LLC,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:22-cv-706-AMM |
| **RIVERSIDE ABSTRACT, LLC;** and **E AND B ASSOCIATES, LLC,** | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On June 3, 2022, Plaintiff Irondale Warehouse, LLC filed a complaint, invoking the court's diversity jurisdiction. Doc. 1. The court has diversity jurisdiction only when there is complete diversity of citizenship. 28 U.S.C. § 1332(a). Complete diversity requires that "every plaintiff must be diverse from every defendant." *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1287 (11th Cir. 1998). "When determining citizenship of the parties for diversity jurisdiction purposes, a limited liability company (LLC) is a citizen of every state that any member is a citizen of." *Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017). "Courts have an independent obligation to determine whether subject-matter jurisdiction exists, even when no party challenges it." *Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010).

The complaint alleges that "Irondale Warehouse, LLC[] is an Alabama limited liability company, with its principal place of business in Jefferson County, Alabama[,] . . . Defendant E and B Associates, LLC is a New York limited liability company, with its principal place of business in New York[, and] Defendant Riverside Abstract, LLC, is a New Jersey limited liability company, with its principal place of business in New Jersey." Doc. 1 at 2 ¶¶ 2–4. According to Irondale Warehouse, LLC, the parties "are citizens of different states." *Id*. at 2 ¶ 5. The complaint does not allege the members of the limited liability companies or the citizenship of those members, and the court cannot determine whether it has diversity jurisdiction.

Accordingly, Irondale Warehouse, LLC is **ORDERED** to show cause, in writing, on or before **JUNE 15, 2022**, why the court should not dismiss this case for lack of subject matter jurisdiction.

**DONE** and **ORDERED** this 8th day of June, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE