# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA – SOUTHERN DIVISION

| | |
|---|---|
| **IRONDALE WAREHOUSE, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO: 22-cv-00706** |
| ) | |
| ) | |
| **E and B ASSOCIATES, LLC and** ) | |
| **RIVERSIDE ABSTRACT, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a), Plaintiff Irondale Warehouse, LLC hereby provides notice of its voluntary dismissal of this matter, without prejudice.

Respectfully submitted this 14th day of June, 2022.

                                                      */s/ Drew Kelly*
                                                      S. Andrew Kelly (KELLS3760)
                                                      *Attorney for the Plaintiff Irondale*
                                                      *Warehouse, LLC*

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
dkelly@maynardcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also hereby certify that the foregoing will be served on Defendants via U.S. Mail, properly address on the following:

E and B Associates LLC
Attn: Joel Warfman
1274 49th Street, Suite 302
Brooklyn, NY 11219

Riverside Abstract LLC
Attn: Azi Mindick
212 2nd St., Suite 502
Lakewood, NJ 08701

                                      */s/ Drew Kelly*
                                          Of Counsel